UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ZUNUM AERO, INC.,

        Plaintiff-ctr-defendant - Appellant,

  v.

THE BOEING COMPANY and BOEING HORIZONX VENTURES, LLC,

        Defendant-ctr-claimants - Appellees.

No. 24-5212

D.C. No. 2:21-cv-00896-JLR
Western District of Washington, Seattle

ORDER

---

ZUNUM AERO, INC.,

        Plaintiff-ctr-defendant - Appellant,

  v.

THE BOEING COMPANY and BOEING HORIZONX VENTURES, LLC,

        Defendant-ctr-claimants - Appellees.

No. 24-5751
D.C. No. 2:21-cv-00896-JLR
Western District of Washington, Seattle

Before: RAWLINSON, BADE, and KOH, Circuit Judges.

Appellant is directed to file a response to Appellees' petition for panel rehearing and rehearing en banc, Docket No. 65, filed September 25, 2025, addressing the argument that this court lacked jurisdiction over the appeal. The

2

response shall not exceed 4,200 words and shall be filed within 21 days of the date

of this order.